**Josefina CANALES, Plaintiff, Appellant,**

v.

**Patrick R. DONAHOE,\* Postmaster General of the United States, Defendant, Appellee.**

**No. 10–1075.**

United States Court of Appeals, First Circuit.

Dec. 14, 2010.

Bámily López–Ortiz, with whom López Toro Law Office, was on brief for appellant.

Michael J. Elston, Special Assistant United States Attorney, with whom Rosa Emilia Rodríguez–Vélez, United States Attorney, was on brief for appellee.

Before TORRUELLA, LEVAL,\*\* and THOMPSON, Circuit Judges.

PER CURIAM.

After a careful examination of the district court record and the parties' briefs, it "clearly appear[s] that no substantial question is presented." 1st Cir. R. 27.0(c). Accordingly, the district court's judgment is summarily affirmed.

***Affirmed.***

---

\* Pursuant to Fed. R.App. P. 43(c)(2), Postmaster General Patrick R. Donahoe, is substituted for former Postmaster General John E. Potter as appellee.

\*\* Of the Second Circuit, sitting by designation.